(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

_____AARON WILSON_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. **24 - 0 2 9 4**

-against-

(To be assigned by Clerk's
Office)

New Castle County Police Dept

_____

**COMPLAINT**
(Pro Se)

_____

Jury Demand?
☒ Yes
☐ No

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different
form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    WILSON AARON R
_____
Name (Last, First, MI)

1308 HONAN St.
_____
Street Address

(Delco) Chester        Pa        19013
_____
County, City        State        Zip Code

215-626-4545        aaronwil69@gmail.com
_____
Telephone Number        E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    New Castle County Police Dept
_____
Name (Last, First)

Munciple Drive
_____
Street Address

New County        Deleware
_____
County, City        State        Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____
                Name (Last, First)

              _____
                Street Address

              _____
                County, City                State            Zip Code

Defendant 4: _____
                Name (Last, First)

              _____
                Street Address

              _____
                County, City                State            Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states
and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory
rights have been violated.

_4th Amendment_____

_8th Amendment_____
_Disabilities act violation_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.   VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants  live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

_____

_____

_____

_____

_____

## IV.   STATEMENT OF CLAIM

Place(s) of occurrence:    PhilaDelphia Pike + Deleware AVE East

Date(s) of occurrence:    2/29/24      230pm - 3pm

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

> What happened to you?

I pulled up to a gas pump that I goto regularly I got out of the car to pay for my gas I looked up And a police officer yelled to me to get back in the car 3xs I did not know what was going on. He told me I was being ticketed for No seatbelt and speeding, after refusal to answer (ADDitioNal) questions I was escorted

(Del. Rev. 11/14) Pro Se General Complaint Form

out of my Car ManHandled turned around
Pateted down and HandCuffed. I spoke to
me being Handicapped I was ignored After
being detained about 15min I was told I
could leave with just a warning And Never
recieved any paperwork Hence leaving
me to wonder what was the whole stop For

| Was anyone else involved? | Jenelle Keenan Wilson (Passenger) |
|---|---|

(Del. Rev. 11/14) Pro Se General Complaint Form

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Who did
what?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI.    RELIEF

The relief I want the court to order is:

☐      Money damages in the amount of:  $ _____

☐      Other (explain):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/5/2024

Dated

Plaintiff's Signature

WILSON   R   AARON

Printed Name (Last, First, MI)

1308 HONAN st   Chester   Pa   19013

Address     City     State     Zip Code

(215) 626-4545     aaronwil69@gmail.com

Telephone Number     E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**